NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHOALS TECHNOLOGIES GROUP, LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**VOLTAGE LLC, NINGBO VOLTAGE SMART PRODUCTION CO., HIKAM AMERICA, INC., HIKAM ELECTRONICA DE MEXICO, S.A. DE C.V., HIKAM TECHNOLOGIA DE SINALOA, HEWTECH PHILIPPINES CORP., HEWTECH PHILIPPINES ELECTRONICS CORP., HEWTECH (SHENZHEN) ELECTRONICS CO., LTD.,**
*Intervenors*

---

2024-1991

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1365.

---

## O R D E R

The parties having so agreed, it is ordered that:

2          SHOALS TECHNOLOGIES GROUP, LLC V. ITC

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

December 18, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 18, 2024